

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-14-00147-CR
### No. 10-14-00148-CR

**RICHARD STEVEN MCCLELLAN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 21st District Court
### Burleson County, Texas
### Trial Court Nos. 14,324 and 14,325

_____

### O R D E R

_____

The appellant's brief is overdue in these appeals for the second time. The Clerk

of the Court's January 29, 2015 letter to appellant's counsel in each cause states that

appellant's brief was due to be filed on or before January 21, 2015 and that unless a brief

or satisfactory response was received within 14 days, the Court would abate these

causes so that the trial court can hold a hearing to determine why a brief has not been

filed on appellant's behalf and to assure that appellant is receiving effective assistance of counsel.

Because appellant's brief was not filed within 14 days and the Court did not receive a timely satisfactory response in either appeal, we abate these appeals so that the trial court can conduct any necessary hearings within 21 days of the date of this order in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeals abated
Order issued and filed March 5, 2015

